UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA ENGELBRECHT,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY TAX ASSESSOR,<br><br>    Defendant. | No. 2:17-cv-01229 KJM AC (PS)<br><br><br><br>ORDER |

    Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On June 16, 2017, the court dismissed the complaint, and granted plaintiff leave to file an amended complaint within 30 days. ECF No. 3. Plaintiff was cautioned that failure to do so could lead to a recommendation that the action be dismissed. On July 14, 2017, plaintiff filed a document indicating that it was intended as an "Amendment," which was docketed as a "Request for the case to be heard." ECF No. 4. Plaintiff's submission fails to comply with Federal Rule of Civil Procedure 8, and fails to comply with the instructions given for filing an amended complaint contained in this courts previous order at ECF No. 3. The Request does not clearly allege legal causes of action against specific individuals or entities and is insufficient to give defendant proper notice of the legal claims alleged against it. ECF No. 4.

////

1  To the extent plaintiff's Request is intended to serve as an amended complaint, it is
2  DISMISSED for failure to comply with the Federal Rules of Civil Procedure and this court's
3  prior order.  Plaintiff will be granted 30 days from the date of this order to file an amended
4  complaint that conforms to the Federal Rules of Civil Procedure and this court's prior order.
5  Plaintiff is specifically referred to pages 3 and 4 of this court's prior order at ECF No. 3 for more
6  detailed instructions on how to file a proper amended complaint.  If plaintiff fails to timely
7  comply with this order, the undersigned may recommend that this action be dismissed.

IT IS SO ORDERED.

DATED: July 18, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE