UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA ENGELBRECHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY TAX ASSESSOR,<br><br>　　　　　Defendant. | No. 2:17-cv-01229 KJM AC<br><br><br>ORDER |

On July 19, 2017, this court dismissed plaintiff's attempted amended complaint and instructed plaintiff to file within 30 days an amended complaint compliant with the court's previous order (ECF No. 3) and the Federal Rules of Civil Procedure. ECF No. 5. That deadline has now passed, and plaintiff has not filed the anticipated amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why this case should not be dismissed for failure to prosecute. The filing of a new amended complaint will discharge this order. Failure to comply with this order may result in a recommendation that this case be dismissed.

　　　　IT IS SO ORDERED.

DATED: August 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE